**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROY MICELI and
COURTNEY MICELI,
individuals,

    Plaintiffs,

v.                                                                                          Case No.: 6:14-cv-01602-CEM-DAB

ORANGE LAKE COUNTRY CLUB, INC. d/b/a
ORANGE LAKE CAPITAL MANAGEMENT
d/b/a HOLIDAY INN CLUB VACATIONS,
a Florida for profit corporation,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiffs, ROY MICELI and COURTNEY MICELI ("Plaintiffs"), by and through the undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby file this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiffs' settlement with ORANGE LAKE COUNTRY CLUB, INC. ("Defendant"), Plaintiffs state as follows:

1. Plaintiffs and Defendant reached a confidential settlement in the above-styled case.

2. Plaintiffs hereby dismiss their claims with prejudice.

3. The Parties shall bear their own attorneys' fees and costs.

4. To the extent the Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 3rd day of March 2016.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically served a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* this 3rd day of March 2016 to:

Michael S. Kraynick, Esq.
John H. Bill, Esq.
Godbold, Downing, Bill, P.A.
222 West Comstock Ave., Suite 101
Winter Park, FL 32789
mkraynick@gdb-law.com
jbill@gdb-law.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney